UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

**Thomas W. Argiris**,

Debtor(s)

Case No. 19-36018

Chapter 13

Judge Jacqueline P. Cox

### NOTICE OF MOTION

TO: Thomas W. Argiris, 4131 N. Parkside Ave., Chicago, IL 60634
  The Huntington National Bank, P.O.Box 89424, Cleveland, OH 44101-8539
  Michele Lynn Boggs, Bankruptcy Specialist, The Huntington National Bank, P.O.Box 89424, Cleveland, OH 44101-8539
See attached list

  PLEASE TAKE NOTICE that on **July 13, 2020 at 9:30 a.m.**, I will appear before the **Honorable Judge Cox,** or any judge sitting in that judge's place, and present the motion to **object to claim 1-1**, a copy of which is attached.

  **This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

                /s/ Veronica D. Joyner, Esq.

                JOYNER LAW OFFICE
                120 South State Street
                Suite 200
                Chicago, IL 60603
                (312) 332-9001

### CERTIFICATE OF SERVICE

  I, Veronica D. Joyner, certify, under penalty of perjury under the laws of the United States of America, that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 11, 2020 at 4:30 p.m.

Arnold Scott Harris
Attorneys at Law
222 Merchandise Mart Plaza, Ste. 19
Chicago, IL 60654


Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91715


Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197


City of Chicago - Adm Hearings
P.O. Box 71429
Chicago, IL 60694


Codilis & Assoicates
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527


Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274


Roydon Manor Condo Association
4131 N. Keeler
Chicago, IL 60641

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Thomas W. Argiris,<br><br>DEBTOR. | Case No. 19-36018<br><br>Chapter 13<br><br>Judge Jacqueline P. Cox |

### Objection to Claim 1-1 of The Huntington National Bank

Now comes Thomas W. Argiris, by and through Debtor's attorney, Joyner Law Office and moves this Honorable Court for entry of an Order Objecting to Claim 1-1 of The Huntington National Bank, and in support thereof respectfully represents as follows:

1. On December 22, 2019, Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization.

2. That this case was confirmed on February 11, 2020.

3. That Debtor has not converted this Chapter 13 case from a Chapter 7 case.

4. That Debtor's confirmed plan calls for 100% distribution to unsecured creditors.

5. That on January 20, 2020, Huntington National Bank, file a proof of claim for $19,895.88. In 2005, Debtor bought a 2005 Four Winds Five Thousand. Debtor made payments for a few years and decided to return the vehicle. The vehicle was auctioned off, reducing the amount of money Debtor owed. Huntington National Bank, then Citizens Bank, asked for the difference to fully close the case. Debtor paid said amount. In 2019, Debtor received notice that the bank sent a motion to garnish his wages, which was not granted because Debtor paid an additional amount to close his account. Huntington National Bank has not contacted Debtor since.

WHEREFORE, Debtor, Thomas W. Argiris, respectfully prays this Court enter an order disallowing Claim 1-1 of The Huntington National Bank, and for such other and further relief as this Court deems fair and just.

                                              RESPECTFULLY SUBMITTED:

                                              /s/ Veronica Joyner

Veronica D. Joyner #6239246                    Attorney for Debtor
Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603
312-332-9001